IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

    Defendant.

---

### ORDER DISCHARGING ORDER TO SHOW CAUSE
---

    After review of the plaintiff's Response to the Order to Show Cause, filed May 29, 2014 [7], it is

    ORDERED that the Order to Show Cause entered May 22, 2014 [5] is discharged and plaintiff's time for service of the First Amended Complaint is extended as requested.

    DATED: May 30th, 2014

                                                        BY THE COURT:

                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior District Judge