IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **October 23, 2014, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 16, 2014.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED that counsel for the defendant shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

DATED: September 11th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge