# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

    Defendant.

_____

# ORDER GRANTING
# PARTIES' STIPULATED MOTION TO FILE THIRD AMENDED COMPLAINT
# AND ANSWER TO THIRD AMENDED COMPLAINT
_____

This comes before the Court on the parties' stipulated motion for Plaintiff to file his Third Amended Complaint, and for Defendant to file its Answer to Third Amended Complaint. The Court, being fully advised, hereby grants the motion and orders that the tendered Complaint and Answer are accepted for filing as of the date of this Order.

Dated:  April 8, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge