**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.

    Defendant.

_____

**ORDER RE: STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**
_____

**THE COURT, having considered Plaintiff's Motion to Amend the Scheduling Order;**

**HAVING READ the Motion and being fully advised in the premises;**

**IT IS HEREBY ORDERED that the Motion to Amend the Scheduling Order is GRANTED.**

The parties have one additional month to complete discovery, up to and including June 1, 2015.

DATED this 1st day of May, 2015.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge