IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Defendant having filed a motion for summary judgment, the July 21, 2015, pretrial conference and the July 16, 2015, deadline to submit a proposed Final Pretrial Order are vacated.

DATED: June 24, 2015