IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

    Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

In the third amended complaint, filed April 8, 2015, the plaintiff asserted two claims for relief, age discrimination and race discrimination based on allegations of the defendant's failure to rehire the plaintiff for a position that was open in April-May, 2012.

On June 12, 2015, the defendant moved for summary judgment, seeking dismissal of both claims. The defendant's motion included a request for an award of attorney's fees and costs, without identifying any legal basis for that request.

On July 10, 2015, the plaintiff filed an unopposed motion to dismiss the first and second claims for relief with prejudice. The plaintiff's motion is a confession of the defendant's motion for summary judgment.

The defendant's request for attorney's fees is denied.

Accordingly, it is

ORDERED that the Clerk shall enter judgment dismissing the plaintiff's first and second claims for relief and this civil action with prejudice. The defendant is awarded its costs, to be taxed upon the filing of a bill costs pursuant to D.C.COLO.LCivR 54.1 within 14 days after entry of judgment.

Dated: July 16, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge