IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03192-RPM

DAVID HERRERA,

      Plaintiff,

v.

ASPHALT SPECIALTIES, INC.,

      Defendant.

## JUDGMENT

Pursuant to the Order of Dismissal entered by Senior District Judge Richard P. Matsch on July 16, 2015, it is

ORDERED AND ADJUDGED that the plaintiff's first and second claims for relief and this civil action are dismissed with prejudice.  The defendant is awarded its costs to be taxed upon the filing of a bill of costs pursuant to D.C.COLO.LCivR 54.1 within 14 days after entry of judgment.

      Dated:  July 16, 2015

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                                  s/M.V. Wentz
                              By_____
                                  Deputy